**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Associates
311 N. Parkerson Ave
Crowley LA 70526

Jacqueline K. Becker
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 8, 2020

**REHEARING ACTION: April 8, 2020**

**Docket Number: 19   00493-WCA**

**LINDA LOUVIER**
**VERSUS**
**U-HAUL COMPANY OF LOUISIANA**

**Appealed from Office of Workers' Compensation - # 4 Case No. 03-09140**

**BEFORE JUDGES:**

> Hon. Sylvia R. Cooks
> Hon. Elizabeth A. Pickett
> Hon. Jonathan W. Perry

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Linda Louvier** has this day been

> **DENIED.**

cc: Kathleen Wigginton Will, Counsel for the Appellee